IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN ALLEYNE, | : |
|       Petitioner, | : |
| | : CIVIL ACTION |
|   v. | : NO. 17-4067 |
| | : |
| | : HABEAS CASE |
| SUPERINTENDENT KAUFFMAN, et al., | : |
| | : |
|       Respondents. | |

# O R D E R

**AND NOW**, this 21st day of August, 2018, upon consideration of the petitioner's petition for writ of habeas corpus (Doc. No. 1), the respondents' response (Doc. No. 10), and the petitioner's reply (Doc. No. 11), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 12), **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus is **DENIED** without prejudice and **DISMISSED** without an evidentiary hearing.

3. A certificate of appealability **WILL NOT ISSUE**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.